IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: GERALD W THORN<br>BETTY THORN<br><br>DEBTOR(S) | §<br>§<br>§<br>§<br>§ | CASE NO: 06-33104-H1-4<br><br><br><br>CHAPTER 13 |

**MOTION TO DEPOSIT FUNDS INTO THE COURT REGISTRY
PURSUANT TO 11 U.S.C. §347 (a)**

**PURSUANT TO** 11 U.S.C. §347 (a), David G. Peake, Chapter 13 Trustee respectfully reports that:

More than ninety (90) days has passed since the final distribution. Funds payable to the creditor listed on Exhibit "A" hereto remains unclaimed.

**WHEREFORE PREMISES CONSIDERED,** DAVID G. PEAKE, Chapter 13 Standing Trustee respectfully prays that this Court authorize the Trustee to deposit these funds into the registry of the United States District Court, and grant the Trustee such other and further relief as he may show himself or Debtor's Estate justly entitled.

Date: 9/20/2011                                                                              Respectfully Submitted,


                                                                                                    /s/  David G. Peake
                                                                                                    _____

                                                                                                    David G. Peake, Trustee
                                                                                                    Admissions I.D. #3857
                                                                                                    9660 Hillcroft, Ste 430
                                                                                                    Houston, TX  77096
                                                                                                    713-283-5400

**EXHIBIT "A"**

| | | |
|---|---|---|
| IN RE: GERALD W THORN <br> BETTY THORN <br> <br> DEBTOR(S) | § <br> § <br> § <br> § <br> § | CASE NO: 06-33104-H1-4 <br> <br> <br> <br> CHAPTER 13 |

**UNCLAIMED FUNDS**

| NAME & ADDRESS: | CLAIM NO: | AMOUNT |
|---|---|---|
| **BEN R KING & ASSOC** <br> **5701 WOODWAY STE 330** <br> **HOUSTON, TX 77057** | 35 | $1,197.09 |
| **TOTAL FOR UNCLAIMED FUNDS** | | $1,197.09 |

IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: GERALD W THORN | § | CASE NO: 06-33104-H1-4 |
| BETTY THORN | § | |
| | § | |
| | § | |
| DEBTOR(S) | § | CHAPTER 13 |

**CERTIFICATE OF SERVICE OF MOTION TO PAY INTO
THE COURT REGISTRY PURSUANT TO 11 U.S.C. § 347(a)**

I hereby certify that on 9/20/2011 ,a true and correct copy of the foregoing Motion to Deposit Funds into the court Registry Pursuant to 11 U.S.C. §347(a) was served via the U.S. Postal Service, first class mail, postage prepaid as shown on Exhibit A.

/s/  David G. Peake

David G. Peake,
Chapter 13, Trustee